E-FILED
Thursday, 14 October, 2004  09:37:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KENNETH E. SANDERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. ) |
| CNH AMERICA, LLC, a limited liability company, | ) ) **NOTICE OF REMOVAL** ) |
| Defendant. | ) |

Defendant, CNH AMERICA, LLC, by its attorneys, SNYDER, PARK & NELSON, P.C., for the purpose of removing this action to the United States District Court for the Central District of Illinois, states:

1. On September 10, 2004, the above-entitled action was commenced by plaintiff, KENNETH E. SANDERS, against the defendant, CNH AMERICA, LLC, in the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, and is now pending therein as Case No. 04 L 104.

2. The above-entitled action is a civil action in which the plaintiff seeks damages on account of an alleged breach of a Mediation Settlement Agreement entered into as the result of the filing of a charge of discrimination with the United

States Equal Employment Opportunity Commission ('EEOC"). A copy of the Mediation Settlement Agreement is attached to plaintiff's Complaint.

3. Service of the Summons was made upon the registered agent of defendant on September 22, 2004. A copy of the Summons and Complaint is attached as Exhibit A and by this reference incorporated as part of this Notice.

4. No further proceedings have been had herein in the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois

5. This Court has original jurisdiction in the above-entitled action pursuant to 42 USC § 2000e-5 (f) (3) and 42 USC § 12117.

6. An action to enforce a settlement agreement entered into to resolve a charge of employment discrimination that has been filed with the EEOC is one over which federal courts have jurisdiction. *EEOC v. Liberty Trucking Co.,* 695 F.2d 1038, 1040 (7th Cir.1982); *Ruedlinger v. Jarrett,* 106 F.3d 212, 215 (7th Cir. 1997).

7. This notice is filed with this Court within thirty (30) days after service on the defendant of Summons in the above-entitled action.

WHEREFORE, defendant, CNH AMERICA, LLC, gives notice of the removal of the above-entitled action from the Circuit Court of the Fourteenth

3

Judicial Circuit, Rock Island County, Illinois, to the United States District Court for the Central District of Illinois, Rock Island Division.

                CNH AMERICA, LLC, Defendant

                By: _____/s/ Robert T. Park_____
                    Robert T. Park, for

SNYDER, PARK & NELSON, P.C.
Attorneys for Defendant
Suite 200 American Bank Building
P.O. Box 3700
Rock Island, IL  61204-3700
Phone: 309/786-8497
Fax: 309/786-0463
e-mail: rpark@snyderpark.com

Copy to:

    Stephen T. Fieweger
    KATZ, HUNTOON & FIEWEGER, P.C.
    P.O. Box 3250
    Rock Island, IL  61204-3250

### CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein with first class postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Rock Island, Illinois, on the 13th day of October 2004.

                _____/s/ Robert T. Park_____

**FOREIGN**

9/28   10:00

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, IL
GENERAL DIVISION

KENNETH E. SANDERS,

    Plaintiff,

vs.    No. 04 L - 104

CNH AMERICA LLC, a Limited Liability
Company,

    Defendant.

### SUMMONS

To Each Defendant: **Cook County Sheriff:** Please serve defendant c/o its Registered Agent, C. T. Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To The Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, 9-10 , 2004

Lisa L. Bierman, Clerk of Court

(Seal of Court)

Plaintiff's Attorney (or plaintiff if he is not represented by attorney)

Stephen T. Fieweger
Attorney for Plaintiff
1705-2nd Avenue, P.O. Box 3250
Rock Island, IL 61204-3250
309/788-5661

Location of Clerk's office:
Date of RECEIVED SEP 2 2 2004 , 2004

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS
GENERAL DIVISION

KENNETH E. SANDERS, )
  )
  Plaintiff, )
  )
vs. ) No. 04L 104
  )
CNH AMERICA LLC, a Limited )
Liability Company, )
  ) FILED in the CIRCUIT COURT
  ) at ROCK ISLAND COUNTY
  Defendant. ) GENERAL DIVISION
  )
  SEP 10 2004

## COMPLAINT

Lisa L. Bierman
Clerk of the Circuit Court

Plaintiff, Kenneth E. Sanders, by and through his attorneys, Katz, Huntoon, & Fieweger, P.C., in support of his Complaint against the defendant, CNH America LLC (hereinafter referred to as "Case"), which is a successor in interest to Case International Harvester Company, states as follows:

1. That Kenneth E. Sanders, at all times relevant to this cause of action, is a resident of Moline, Rock Island County, Illinois.

2. That CNH America LLC is a limited liability company and at all times relevant to this cause of action was doing business in East Moline, Rock Island County, Illinois.

3. That Case is the successor to Case International Harvester.

4. That from 1973 through the present date, plaintiff, Kenneth E. Sanders, has been employed by Case and its predecessor, Case International Harvester.

5. That beginning March 25, 1999, plaintiff, Kenneth E. Sanders, went on family medical leave to address treatment for his multiple sclerosis, including problems related to his back and urinary tract.

6. That Case refused to return plaintiff to work and as a result plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission, Charge No. 210994381, in which he alleged that Case was discriminating against him on the basis of his disability.

7. That on April 5, 2000, plaintiff entered into a written Mediation Settlement Agreement with Case, a copy of which is marked Exhibit 1 and attached hereto and made a part of this Complaint.

8. That in exchange for and in consideration of dismissal of his pending charge of discrimination, Case agreed that it would consider plaintiff, based upon his seniority, for second and third shift positions as they became available.

9. That since the entry of the Mediation Settlement Agreement, plaintiff has always been able to perform the essential job duties as a loader/unloader in Department 56 on the paint line.

10. That Case has breached the Mediation Settlement Agreement in that from April 5, 2000 through August 18, 2004, when the East Moline plan was closed, defendant

failed to recall and place plaintiff in positions on the second and third shifts that opened for which he is qualified.

11. That under paragraph 6 of the Mediation Settlement Agreement, plaintiff is authorized and does hereby bring his breach of contract action.

12. That as a direct and proximate result of Case's breach of the Mediation Settlement Agreement, Kenneth E. Sanders has sustained damages equal to his loss of back wages, loss of seniority rights and loss of pension benefits, he has sustained mental distress damages, and he is entitled to recover his attorneys' fees and costs, pursuant to 42 U.S.C. § 2000e-5.

WHEREFORE, plaintiff, Kenneth E. Sanders, requests that this court enter a judgment in his favor and against the defendant, CNH America LLC, in an amount in excess of $50,000.00, plus the costs of this action and an award of his reasonable attorneys' fees.

KENNETH E. SANDERS, Plaintiff

By: _____
Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL 61204-3250
Telephone: 309-788-5661
Fax: 309-788-5688

s\sephwood\doc\11636001.01C



BY:                     4- 4- 0 ;11:35AM ;       EEOC CHICAGO DO→              3087970244;# 2

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

## MEDIATION SETTLEMENT AGREEMENT

CHARGE NUMBER: 210994381

CHARGING PARTY: KENNETH SANDERS

RESPONDENT: CASE INTERNATIONAL HARVESTER

1. In exchange for the promises made by CASE INTERNATIONAL HARVESTER pursuant to Charge Number 210994381, KENNETH SANDERS agrees not to institute a law suit under the Americans with Disabilities Act of 1990, as amended, based on EEOC Charge Number 210994381.

2. Further we agree that submission of this agreement to EEOC will constitute a request for closure of EEOC Charge Number 210994381.

3. It is understood that this agreement does not constitute an admission by Respondent of any violation of the Americans with Disabilities Act of 1990, as amended.

4. Respondent agrees that there shall be no discrimination or retaliation of any kind against CP as a result of filing this charge or against any person because of opposition to any practice deemed illegal under the ADA, the ADEA or Title VII, as a result of filing this charge, or for giving testimony, assistance or participating in any manner in an investigation, proceeding or a hearing under the aforementioned Acts.

5. This document constitutes a final and complete statement of the agreement between the CP, Respondent and EEOC.

6. The parties agree that the EEOC is authorized to investigate compliance with this agreement and that this agreement may be specifically enforced in court by the EEOC or the parties and may be used as evidence in a subsequent proceeding in which a breach of this agreement is alleged.

7. All parties agree that the terms of this Agreement shall remain confidential. Specifically, Charging Party shall refrain from discussing the terms of this mediated settlement agreement with any of Respondent's former or current employees, clients or agents.



EXHIBIT

*Kenneth E Sanders*

8. As evidence of a good faith effort to resolve EEOC Charge Number 210994381, Respondent offers and Charging Party accepts the following proposal of settlement:

a. ~~[redacted]~~

b. ~~[redacted]~~

c. ~~[redacted]~~ inform Respondent ~~[redacted]~~

_____
Respondent                                                          Date

*Jennette E Sanders*                                   4-5-2000
_____
Charging Party                                                   Date

In reliance on the promises made in paragraphs 1 through 8 above, EEOC agrees to terminate its investigation and to not use the above referenced charge as a jurisdictional basis for a civil action under the Americans with Disabilities Act of 1990, as amended. EEOC does not waive or in any manner limit its right to investigate or seek relief in any other charge including, but not limited to, a charge filed by a member of the Commission against the Respondent.

On Behalf of the Commission:

_____
                                                                      Date