E-FILED
Wednesday, 20 October, 2004  09:22:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| KENNETH E. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-4069 |
| | ) | |
| CNH AMERICA, LLC, a limited liability company, | ) ) | **CERTIFICATE OF INTEREST FOR DEFENDANT** |
| | ) | |
| Defendant. | ) | |

NOW COMES defendant, CNH AMERICA LLC, by its attorneys, SNYDER, PARK & NELSON, P.C., and, pursuant to Rule 11.3 of the Local Rules of the U.S. District Court for the Central District of Illinois, for its Certificate of Interest states:

1.    The full names of all parties represented by plaintiff's counsel herein are:   CNH America LLC.

2.    Defendant, CNH America LLC, is a Delaware limited liability company.  The parent company of CNH America LLC is Case New Holland, Inc, a Delaware corporation, whose shares are not publicly traded.  Case New Holland, Inc, is a wholly owned subsidiary of CNH Global N.V., a Netherlands corporation.

SNYDER, PARK & NELSON, P.C.
ATTORNEYS AT LAW
ROCK ISLAND, ILLINOIS

2

3. The name of the only law firm whose partners or associates are expected to appear for the plaintiffs is SNYDER, PARK & NELSON, P.C. of Rock Island, Illinois.

CNH AMERICA, LLC, Defendant

By: ____/s/ Robert T. Park_____
      Robert T. Park, for

SNYDER, PARK & NELSON, P.C.
Attorneys for Defendant
1600 - 4th Avenue, Suite 200
P.O. Box 3700
Rock Island, IL  61201
(309) 786-8497
(309) 786-0463 (fax)
e-mail: rpark@snyderpark.com