UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KENNETH E. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04 CV 4069 |
| | ) |
| CNH AMERICA, LLC, a Limited | ) |
| Liability Company, | ) |
| | ) |
| Defendant. | ) |

## RESPONSE TO AFFIRMATIVE DEFENSES

Now comes the plaintiff, Kenneth E. Sanders, by and through his attorneys, Katz, Huntoon, & Fieweger, P.C., and for his Response to Affirmative Defenses states as follows:

13. Denies the allegations contained in Paragraph 13 of the Affirmative Defenses.

14. Denies the allegations contained in paragraph 14. Plaintiff further denies that there was any change in his medical condition from the time in which he was placed on long-term disability leave by the company and denies that there was a requirement under the Agreement that he undergo a functional capacity evaluation test in order to return to work.

15. Admits that the plaintiff has received long-term disability benefits, but denies the remaining allegations contained therein.

2

WHEREFORE, plaintiff, Kenneth Sanders, hereby requests that this court enter an order dismissing with prejudice the Affirmative Defenses and enter judgment for the plaintiff and against the defendant.

KENNETH E. SANDERS, Plaintiff

By: /s/ Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL  61204-3250
Telephone:  309-788-5661
Fax:  309-788-5688

s:\wp\worddoc\11636001.07R