UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KENNETH E. SANDERS, | ) |
| Plaintiff, | ) |
| vs. | ) No.  04-4069 |
| CNH AMERICA, LLC, a limited liability company, | ) **CERTIFICATE OF SERVICE** |
| Defendant. | ) |

NOW COMES defendant, CNH AMERICA LLC, by its attorneys, SNYDER, PARK & NELSON, P.C., and, certifies that copies of the Certificate of Interest for Defendant and this Certificate of Service were served upon the attorneys of record of all parties to the above cause by e-mail on the 21st day of October 2004 via the following address:

> Stephen T. Fieweger
> KATZ, HUNTOON & FIEWEGER, P.C.
> P.O. Box 3250
> Rock Island, IL  61204-3250
> sfieweger@katzlawfirm.com

           s/ Robert T. Park

SNYDER, PARK & NELSON, P.C.
Attorneys for Defendant, CNH AMERICA, LLC
1600 - 4th Avenue, Suite 200
P.O. Box 3700
Rock Island, IL  61201
(309) 786-8497
(309) 786-0463 (fax)
e-mail: rpark@snyderpark.com