UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KENNETH E. SANDERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CNH AMERICA, LLC, a limited liability )<br>company, )<br>)<br>Defendant. ) | No.  04-4069<br><br>**JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

NOW COME plaintiff, KENNETH E. SANDERS, by his attorneys, KATZ, HUNTOON & FIEWEGER, P.C., and defendant, CNH AMERICA, LLC, by its attorneys, SNYDER, PARK & NELSON, P.C., and hereby stipulate and agree to entry of the following Order of Dismissal with Prejudice, dismissing all causes of action herein with prejudice, all actions satisfied and all costs having been paid.

| | |
|---|---|
| KENNETH E. SANDERS, Plaintiff | CNH AMERICA, LLC, Defendant |
| By: /s/ Steven T. Fieweger | By: /s/ Robert T. Park |
| Steven T. Fieweger, for<br>KATZ, HUNTOON & FIEWEGER, P.C.<br>Attorneys for Plaintiff | Robert T. Park, for<br>SNYDER, PARK & NELSON, P.C.<br>Attorneys for Defendant |