E-FILED
Wednesday, 16 March, 2005  07:35:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| KENNETH E. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-4069 |
| | ) | |
| CNH AMERICA, LLC, a limited liability company, | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

This cause having come for hearing on the ___ day of March 2005 on the Joint Stipulation of Dismissal with Prejudice, signed by all parties by their respective counsel of record, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that this action, including all claims, is hereby dismissed with prejudice, all causes of action satisfied and all costs having been paid.

DONE this ____ day of March 2005.

_____
J U D G E